**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES CARPENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-cv-00601-JAR |
| | ) | |
| LOUIS DEJOY, POSTMASTER GENERAL, | ) | |
| UNITED STATES POSTAL SERVICE | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the Parties' Joint Proposed Scheduling Plan. ECF No. 32. Upon review of the filing, the Court finds it necessary to conduct a status conference in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that a status conference is set for **Thursday, November 9, 2023, at 2:00 p.m.** The pro se Plaintiff and counsel for the Defendant are directed to appear in person. The Clerk of Court is hereby ordered to provide notice of the status conference to Plaintiff via Plaintiff's address of record.

Dated this 25th day of October, 2023.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE